**No. 58896.**—Spiegel Neckwear Co., Inc. *v.* United States, protest 229725–K (New York).

Opinion by FORD, J. An examination of the official record disclosing no reason for disturbing the presumptively correct classification of the merchandise made by the collector, the protest was overruled.